No. 61050.—Atalanta Trading Corp. v. United States, protest 290110–K (New York).

Opinion by RAO, J. An examination of the record disclosing no reason for disturbing the presumptively correct classification made by the collector, the protest was overruled.